**Dismissed and Opinion Filed May 21, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01198-CV

**JOSE R. TORRES, Appellant**
**V.**
**SONIA L. MCGINNIS AND ALLSTATE FIRE AND CASUALTY**
**INSURANCE COMPANY, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01286**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated April 24, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

181198F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE R. TORRES, Appellant

No. 05-18-01198-CV        V.

SONIA L. MCGINNIS AND ALLSTATE
FIRE AND CASUALTY INSURANCE
COMPANY, Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-01286.
Opinion delivered by Justice Carlyle,
Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees SONIA L. MCGINNIS AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY recover their costs, if any, of this appeal from appellant JOSE R. TORRES.

Judgment entered this 21st day of May, 2019.